

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-78,004-01

## EX PARTE ADAM RAY CAICEDO, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 0802114-A IN THE 371ST DISTRICT COURT
## FROM TARRANT COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to twenty-five years' imprisonment. The Second Court of Appeals affirmed his conviction. *Caicedo v. State*, No. 02-02-00017-CR (Tex. App.—Fort Worth Mar. 20, 2003) (not designated for publication).

Applicant contends that trial counsel rendered ineffective assistance at his punishment hearing. After holding evidentiary hearings, the trial court determined that trial counsel's conduct

was deficient and Applicant was prejudiced. It recommended that we grant Applicant a new punishment hearing. Relief is granted. The sentence in cause number 0802114D in the 371st District Court of Tarrant County is set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County for a new punishment hearing. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice-Correctional Institutions Division and Pardons and Paroles Division.

Delivered: September 16, 2015
Do not publish